**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| SHANNON PIERCE, MICHELLE WATSON, PATTY BENNETT, RILDA FIRKINS, BRIANA ACUNA, MICHAEL DANIELL, CARA HAENEL, and DEBORAH WARE on behalf of themselves, and on behalf of all other similarly situated individuals,<br><br>     Plaintiffs,<br><br>v.<br><br>(1) COMMUNICATIONS DATA GROUP, INC. D/B/A CDG;<br>(2) DUO COUNTY TELEPHONE COOPERATIVE CORPORATION, INC. D/B/A DUO BROADBAND;<br>(3) CUMBERLAND CELLULAR, LLC, D/B/A DUO BROADBAND; AND<br>(4) HOME WIRELESS, INC. D/B/A HOME TELECOM<br><br>     Defendants. | Case No. 2:25-cv-02170 |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Shannon Pierce, Michelle Watson, Patty Bennett, Rilda Firkins, Briana Acuna, Michael Daniell, Cara Haenel, and Deborah Ware (collectively, "Plaintiffs"), hereby give notice that their individual claims in this action against Defendants Communications Data Group, Inc. d/b/a CDG ("CDG"); Duo County Telephone Cooperative Corporation, Inc. d/b/a Duo Broadband ("Duo"); Cumberland Cellular, LLC, d/b/a Duo Broadband ("Duo"); and Home Wireless, Inc. d/b/a Home Telecom; (collectively, "Defendants"), are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

1

Date: February 3, 2026                        Respectfully submitted,

                                              By: */s/ Raina C. Borrelli*
                                                  Raina C. Borrelli
                                                  **STRAUSS BORRELLI PLLC**
                                                  One Magnificent Mile
                                                  980 N. Michigan Avenue, Suite 1610
                                                  Chicago, IL 60611
                                                  Telephone: (872) 263-1100
                                                  Facsimile: (872) 263-1109
                                                  cmiller@straussborrelli.com

                                                  Gary M. Klinger
                                                  **MILBERG COLEMAN BRYSON PHILLIPS
                                                  GROSSMAN LLC**
                                                  227 W. Monroe Street, Suite 2100
                                                  Chicago, Illinois 60606
                                                  gklinger@milberg.com

                                                  William B. Federman
                                                  **FEDERMAN & SHERWOOD**
                                                  10205 North Pennsylvania Avenue Oklahoma City,
                                                  Oklahoma 73120
                                                  wbf@federmanlaw.com

                                                  *Attorneys for Plaintiffs and Proposed Class*

2

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on February 3, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 3rd day of February, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*
Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com